FILED
2023 Apr-27  AM 08:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/ROP/KC/AG: May 2023
GJ#9

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ROBERT D. SMITH** | ) |

## <u>INDICTMENT</u>

The Grand Jury Charges:

## <u>Introduction</u>

1.      At all times material to this Indictment, the Defendant, **ROBERT D. SMITH**, was employed as a corrections officer with the Federal Bureau of Prisons and was assigned to the Federal Correctional Institution, Aliceville (FCI-Aliceville), a federal prison.

2.      In or around February 2019, T.M. was a female inmate confined at FCI-Aliceville.

3.      Between on or about July 6, 2018, and November 15, 2018, R.R-L. was a female inmate confined at FCI-Aliceville.

1

## COUNT ONE
## Sexual Abuse of a Ward
## 18 U.S.C. § 2243(b)

4.      Paragraphs 1 through 3 of this Indictment are incorporated in Count One as though fully set forth herein.

5.      In or around February 2019, in the Northern District of Alabama, Western Division, the Defendant,

**ROBERT D. SMITH**,

while in FCI-Aliceville, a federal prison, knowingly engaged in a sexual act with T.M., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant.  Specifically, the Defendant used his penis to penetrate T.M.'s vulva while in FCI-Aliceville.

All in violation of Title 18, United States Code, Section 2243(b).

## COUNT TWO
## Sexual Abuse of a Ward
## 18 U.S.C. § 2243(b)

6.      Paragraphs 1 through 3 of this Indictment are incorporated in Count Two as though fully set forth herein.

7.      Between on or about July 6, 2018, and November 15, 2018, in the Northern District of Alabama, Western Division, the Defendant,

2

**ROBERT D. SMITH**,

while in FCI-Aliceville, a federal prison, knowingly engaged in a sexual act with R.-R-L., a person who was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant.  Specifically, the Defendant used his penis to penetrate R.R-L.'s vulva while in FCI-Aliceville.

All in violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL.


*/s/ Electronic Signature*
Foreperson of the Grand Jury

PRIM F. ESCALONA
United States Attorney


*/s/ Electronic Signature*
ROBERT O. POSEY
Assistant United States Attorney


KRISTEN CLARKE
Assistant Attorney General


*/s/ Electronic Signature*
ANNA GOTFRYD
Trial Attorney, Civil Rights Division
United States Department of Justice